IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01529-CMA-KLM

FARSHAD F. JADIDIAN,

Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

Defendant.

## ORDER TO SHOW CAUSE AND DENYING PETITION (MOTION) FOR TEMPORARY (PRELIMINARY) INJUNCTION

This matter is before the Court *sua sponte*.

On July 13, 2010, this Court issued an Order Directing Plaintiff to File An Amended Complaint and Amended Motion (Doc. # 5), after having reviewed *pro se* Plaintiff Farshad F. Jadidian's Original Petition (Complaint) (Doc. # 1), Petition (Motion) for Temporary (Preliminary) Injunction (Doc. # 2), and Petition (Motion) for Temporary Restraining Order (Doc. # 3), all of which seek the Court's assistance to block a foreclosure sale.

Upon an initial review, the Court determined that Plaintiff failed to allege sufficiently why injunctive relief is necessary at this juncture and whether a state foreclosure action is currently pending. The Court also identified various inconsistencies in the Plaintiff's pleading that rendered questionable the imminent

nature of the purported foreclosure sale, as well as the Court's jurisdiction to consider the merits of the requested relief. (Doc. # 5 at 1-2.)

Accordingly, on July 13, 2010, the Court denied Plaintiff's Petition (Motion) for Temporary Restraining Order (the "July 13 Order") (Doc. # 3) and directed Plaintiff to file an amended complaint and an amended motion for preliminary injunction <u>by no later than Monday, July 26, 2010</u>. (*Id.* at 3). The Court also specified what information the amended complaint and motion should contain and directed Plaintiff to serve Defendant JP Morgan Chase Bank, N.A., a copy of the amended pleadings. (*Id.*) A copy of the July 13 Order was mailed to Plaintiff at the South Richfield Street, Aurora, Colorado address he has on file with the Court.

Upon review of the Court's docket, the Court notes that Plaintiff has not complied with the July 13 Order in any respect. However, the Court also notes the mailed copy of the July 13 Order was returned to the Court as undeliverable. (Doc. # 6.)

As clearly set forth in D.C.COLO.LCivR 10.1(M), every attorney or *pro se* party has an obligation to inform the Court of a change of address, e-mail address, or telephone number within five days of any change. Plaintiff does not appear to have complied with this Rule.

Accordingly, it is hereby ORDERED that Plaintiff shall, <u>on or before August 23, 2010</u>, show good and sufficient cause, if any he has, in writing why this case should not be dismissed without prejudice for failure to comply with the July 13 Order and with the Court's Rules;

2

IT IS FURTHER ORDERED that on or before August 23, 2010, Plaintiff shall file a Notice of Change of Address with the Clerk of Court;

IT IS FURTHER ORDERED that Plaintiff's "Petition for Temporary Injunction" (Preliminary Injunction Motion) (Doc. # 2) is DENIED for the reasons set forth in the July 13 Order; and

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order, as well as the July 13 Order to Plaintiff at the address presently listed on file.

DATED: August __9__, 2010

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge