IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01529-CMA-KLM

FARSHAD F. JADIDIAN,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER REGARDING FILING AMENDED COMPLAINT

This matter is before the Court on Plaintiff's Notice (Doc. # 18), filed on August 20, 2010. The Court has reviewed the Notice and ORDERS as follows:

1. Plaintiff shall file his amended complaint **no later than Tuesday, September 7, 2010**. The amended complaint and motion shall clarify whether a foreclosure action was commenced in state court, identify the case number and the presiding court, and state the status of that action. If a state court has ordered a foreclosure sale, Plaintiff shall identify the date of the scheduled sale. Plaintiff shall also identify what attempts he has made to contest or appeal any state court decisions pertaining to foreclosure, what defenses, if any, he asserted, and why the state court was an inadequate forum to hear the claims he now asserts. Plaintiff shall serve a copy of the amended complaint on Defendant; and

2. Plaintiff shall serve Defendant JP Morgan Chase Bank, N.A. a copy of the amended complaint, as well as a copy of the instant Order, pursuant to the procedures for service of process set forth in Rule 4(h)(1) of the Federal Rules of Civil Procedure **no later than September 28, 2010**.

DATED: August  23 , 2010

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge